IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01814–EWN–CBS

NANCY L. TURNER,

    Plaintiff,

v.

MBNA AMERICA BANK, N.A.,

    Defendant.

---

## ORDER

---

Upon review of the file herein, it is

**ORDERED** as follows:

1.    The motion to dismiss for lack of subject matter jurisdiction (#8) is granted.

2.    The case is hereby dismiss for failure to prosecute, pursuant to local rule 41.1, and for lack of subject matter jurisdiction.

Dated this 1st day of March, 2006.

                        BY THE COURT:

                        s/ Edward W. Nottingham
                        EDWARD W. NOTTINGHAM
                        United States District Judge